1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DORIN GRIGORAS,

                                    Petitioner,

        v.

WILLIAM BARR, *et al.*,

                                    Respondents.

Case No. C20-1184 RSL-MLP

REPORT AND RECOMMENDATION

Petitioner, who is representing himself, seeks release from immigration detention in this 28 U.S.C. § 2241 habeas action. (Dkt. # 1.) Petitioner was subsequently removed from the United States. (Dkt. # 8 at Ex. A.) Accordingly, the Government moves to dismiss this action as moot. (*Id.*) Petitioner did not file an opposition to the motion.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Petitioner's habeas petition seeks only release from detention, his claims have been fully resolved. *See id.* at 1065.

REPORT AND RECOMMENDATION - 1

Accordingly, there is no collateral consequence that could be redressed by the Court, and Petitioner's habeas petition should be dismissed as moot. *See id.*

The Court thus recommends that the Government's motion to dismiss, as supplemented, (dkt. ## 5, 8) be GRANTED and this action be DISMISSED without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 20, 2020**.

Dated this 30th day of October, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2