UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DORIN GRIGORAS,

    Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C20-1184RSL

ORDER TO SHOW CAUSE

On October 30, 2020, Michelle L. Peterson, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to petitioner, but was returned unopened on November 10, 2020, as petitioner apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for Friday, January 22, 2021. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 16th day of November, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1